# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ERIK DONNELLY,<br>ID # 01537459 | §<br>§ | |
| | § | CIVIL ACTION NO. 3:24-CV-2275-S-BW |
| v. | §<br>§ | |
| 249TH DISTRICT COURT, et al. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and by separate judgment, the official capacity claims against Defendants former Judge Wayne Bridewell and Johnson County District Attorney Dale Stanley Hanna in the Prisoner's Civil Rights Complaint [ECF No. 1] will be **DISMISSED WITHOUT PREJUDICE** as barred by Eleventh Amendment immunity; the remaining claims will be **DISMISSED WITH PREJUDICE** as frivolous until Plaintiff satisfies the conditions of *Heck v. Humphrey*, 512 U.S. 477 (1994), and, in the alternative, will be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

**SO ORDERED.**

SIGNED September 24, 2026.

**UNITED STATES DISTRICT JUDGE**